Roger L. Grandgenett II, Esq.
Nevada Bar No. 6323
Amy Thompson, Esq.
Nevada Bar No. 11907
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:   702.862.8811
rgrandgenett@littler.com
athompson@littler.com

Attorneys for Respondent
REPUBLIC SERVICES INC.[1]

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MAURICE HAYNES,<br><br>Petitioner,<br><br>v.<br><br>REPUBLIC SERVICES INC.,<br><br>Respondent. | Case No. 2:25-cv-01722<br><br>**STIPULATED SCHEDULING ORDER**<br><br>**(SPECIAL SCHEDULING REVIEW REQUESTED)** |

Petitioner MAURICE HAYNES and Respondent REPUBLIC SERVICES INC. hereby submit the following proposed scheduling order for this matter.

**I.      Rule 26(f) Conference**

A telephonic conference between Petitioner and counsel for Respondent was held on May 7, 2026. The parties agree that the standard discovery plan does not apply to this lawsuit as set forth below.

/ / /

/ / /

/ / /

/ / /

_____

[1] The correct entity that employed Petitioner was Republic Silver State Disposal, Inc., incorrectly named as Republic Services, Inc. in the Petition.

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

## II.       Purpose of Special Review

This action seeks to vacate an arbitration award. No discovery plan and scheduling order is generally permitted in actions seeking to vacate an arbitration award and instead such matters usually require the parties file a briefing schedule. *Watermill Ventures, Ltd. v. Cappello Cap. Corp.*, No. 2:14-CV-08182-CAS, 2015 WL 251895, at *4 (C.D. Cal. Jan. 5, 2015), aff'd, 671 F. App'x 492 (9th Cir. 2016); LR 16-1(c)(8). Thus, the parties do not propose a standard discovery plan. Instead, the parties request a special scheduling order limited to production of the arbitration record and merits briefing.

Accordingly, the parties jointly request that this Court review and adopt the proposed non-standard scheduling order as set forth below:

## III.      Proposed Case Schedule and Deadlines

### 1.       Production of Arbitration Record

- Respondent will disclose a copy of the arbitration record, including the Arbitration Award, all Employer, Union, and Joint exhibits offered into evidence, whether admitted or not, and the exhibit list that was provided to the Union and the Arbitrator, by **June 3, 2026**.

### 2.       Briefing Schedule

- Petitioner shall file his opening brief by **July 13, 2026,** provided Respondent has produced the arbitration record described above by June 3, 2026.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

- Respondent shall file its opposition to Petitioner's opening brief by **August 12, 2026**.

- Petitioner shall file a reply brief by **August 26, 2026,** if desired.

Dated: May 21, 2026

/s/ *Maurice Haynes*
Maurice Haynes

Pro Se Petitioner

Dated: May 21, 2026

LITTLER MENDELSON, P.C.

/s/ *Amy L. Thompson, Esq.*
Roger L. Grandgenett, Esq.
Amy L. Thompson, Esq.

Attorneys for Respondent
REPUBLIC SERVICES INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: _____May 26_____, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

3